

LEMMI, A.

v.

LEMMI, K.

**709 WDA 2016**

Superior Court of Pennsylvania.

06/01/2017

No. 92–2677 (Washington)

Affirmed

C.R.S.

v.

B.M.S.

**1809 WDA 2016**

Superior Court of Pennsylvania.

06/01/2017

FC No. 09–90607–C
(Butler)

Quashed

**IN RE: X.M. and K.J.,**

**Appeal of: B.T., Mother**

**334 WDA 2017**

Superior Court of Pennsylvania.

06/01/2017

JV 72 of 2014, Ocrt 3039 of 2016
(Beaver)

Affirmed

**IN RE: X.M. and K.J., Appeal of: B.T., Mother**

**335 WDA 2017**

Superior Court of Pennsylvania.

06/01/2017

Orphans Ct.3040 of 2016 & 3039 of 2016
(Beaver)

Affirmed

**IN the INTEREST OF: R.S.A., a Minor**

**3114 EDA 2015**

Superior Court of Pennsylvania.

06/02/2017

CP–51–JV–1000068–2015 (Philadelphia)

Remanded

**IN RE: ESTATE OF Guy S. FRAGOLA**

**3307 EDA 2016**

Superior Court of Pennsylvania.

06/02/2017

71–2013 OC (Pike)

Affirmed

